# LIPMAN & PLESUR, LLP

PRACTICE IN THE AREA OF EMPLOYMENT AND LABOR LAW

THE JERICHO ATRIUM • 500 N. BROADWAY • SUITE 105 • JERICHO, NY 11753-2131 • 516-931-0050

SEVEN PENN PLAZA • 370 SEVENTH AVENUE • SUITE 720 • NEW YORK, NY 10001-0015 • 212-661-0085

FACSIMILE: 516-931-0030

robins@lipmanplesur.com

**VIA ECF**

Vernon S. Broderick, United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 518
New York, New York 10007                                              May 6, 2020

      Re:    **Rafael Sanchez v. R.Q. Realty Mgt. Ltd. and Raul Quiroz**
               **Case No. 19-cv-05599 (VSB) – Request for Extension of Discovery Deadline**

Dear Judge Broderick:

      We represent Defendants in the above-referenced matter. The parties jointly submit this request seeking a 90-day extension of the current discovery deadlines from May 8, 2020 to August 7, 2020. Discovery has been hampered by a number of issues. On Plaintiff's side, Plaintiff's counsel was ill for much of April and has been caring for three young children, including a 15-month-old, since he began quarantine in early March due to exposure to COVID-19.  Further, the parties will be unable to perform depositions remotely while sheltering at home given Plaintiff's counsel's responsibilities at home.  Tragically, Robert D. Lipman, my law partner and Defendants' co-counsel in this matter, recently passed away due to the pandemic. It will now take some time to recover from this tremendous loss so that the case can proceed in an efficient manner.  There have been no prior requests for an extension of the discovery deadlines. We also request that the post discovery conference currently scheduled for May 29, 2020 be adjourned to a date after discovery has been completed.

      Thank you.

                                                   Very truly yours,

                                                     /s/

                                                   David A. Robins

cc:    Michael Taubenfeld, Esq. (via ECF)