# LIPMAN & PLESUR, LLP

PRACTICE IN THE AREA OF EMPLOYMENT AND LABOR LAW

THE JERICHO ATRIUM • 500 N. BROADWAY • SUITE 105 • JERICHO, NY 11753-2131 • 516-931-0050

SEVEN PENN PLAZA • 370 SEVENTH AVENUE • SUITE 720 • NEW YORK, NY 10001-0015 • 212-661-0085

FACSIMILE: 516-931-0030

robins@lipmanplesur.com

**VIA ECF**

Vernon S. Broderick, United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 518
New York, New York 10007                                              May 6, 2020

      Re:   **Rafael Sanchez v. R.Q. Realty Mgt. Ltd. and Raul Quiroz**
             **Case No. 19-cv-05599 (VSB) – Request to Remove Counsel**

Dear Judge Broderick:

      We write to request that Defendants' counsel, Robert D. Lipman, be removed as counsel in this matter. Tragically, Mr. Lipman recently passed away due to the pandemic.

      Thank you.

                                            Very truly yours,

                                            /s/

                                            David A. Robins

DAR/imf

cc: Michael Taubenfeld, Esq. (via ECF)