UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL SANCHEZ,

    Plaintiff,

-against-

R.Q. REALTY MGT. LTD. and RAUL QUIROZ,

    Defendants.

Case No.: 19-cv-559 (VSB)

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

    Please take notice that Plaintiff RAFAEL SANCHEZ hereby accepts the offer of judgment made by Defendants pursuant to Rule 68 of the Federal Rules of Civil Procedure dated April 30, 2021.  A copy of the Offer is attached hereto as Exhibit "A."

Dated: April 30, 2021
      New York, N.Y.

                    FISHER TAUBENFELD LLP

By: _____/s/_____
Michael Taubenfeld, Esq.
FISHER TAUBENFELD LLP
225 Broadway, Suite 1700
New York, New York 10007
Tel.: (212) 571-0700
Attorneys for Plaintiff

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAFAEL SANCHEZ,<br><br>                              Plaintiff,<br><br>-against-<br><br>R.Q. REALTY MGT. LTD and RAUL QUIROZ,<br><br>                              Defendants. | 19-cv-05599-VSB-SA<br><br>**OFFER OF JUDGMENT**<br><br>**ECF CASE** |

Defendants, by their attorneys, Lipman & Plesur, LLP, offer to allow judgment to be entered against them and in favor of the Plaintiff in the sum of Thirty-Six Thousand and Five Hundred Dollars ($36,500) which is inclusive of all attorneys' fees and costs. This settlement offer is made pursuant to Federal Rule of Civil Procedure 68 of the Federal Rules of Civil Procedure and is not to be taken as an admission of liability or wrongdoing on the part of Defendants. This offer will remain open for fourteen days after receipt of service of the offer on Plaintiff.

Dated: Jericho, New York
       April 30, 2021

                                LIPMAN & PLESUR, LLP

                                By:     /s/ David A. Robins
                                        David A. Robins
                                        robins@lipmanplesur.com
                                        500 North Broadway, Suite 105
                                        Jericho, NY 11753-2131
                                        Telephone:  (516) 931-0050
                                        Facsimile:  (516) 931-0030

                                        *Attorneys for Defendants*