USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __5/5/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL SANCHEZ,

    Plaintiff,

-against-

R.Q. REALTY MGT. LTD. and RAUL QUIROZ,

    Defendants.

Case No.: 19-cv-5599 (VSB)

~~[PROPOSED]~~ JUDGMENT

WHEREAS, Defendants served Plaintiff with an offer of judgment for $36,500 on April 30, 2021;

WHEREAS, Plaintiff filed an acceptance of offer of judgment on the same date; Pursuant to Rule 68 of the Federal Rules of Civil Procedure, it is hereby

ORDERED and ADJUDGED that judgment is hereby entered in favor of Plaintiff RAFAEL SANCHEZ against Defendants R.Q. REALTY MGT. LTD. and RAUL QUIROZ jointly and severally in the amount of $36,500, which is inclusive of all attorneys' fees and costs and is not to be taken as an admission of liability or wrongdoing on the part of Defendants.

Dated: May __5__, 2021
New York, NY

SO ORDERED

_____
Hon. Vernon S. Broderick
United States District Judge